**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THIRTY THREE THREADS INC., | Case No.: 1:18-cv-8023-JMF |
| Plaintiff, | |
| -against- | **STIPULATION OF DISMISSAL** |
| | **WITH PREJUDICE** |
| ARGENTO SC, THE TJX COMPANIES, INC. AND DOES 1-10, | |
| Defendants. | |

    **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the respective parties in this action, that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice with each party to bear its own expenses and attorneys' fees.

Dated:  May 2, 2019

*/s/ Ronald A Giller_____*
By:  **Ronald A. Giller Esq.**
*Counsel for Plaintiff Thirty-Three*
*Threads, Inc.*
Gordon & Rees LLP
One Battery Park Plaza
New York, New York 10001

*/s/ Mark Berkowitz_____*
By:  **Mark Berkowitz, Esq.**
*Counsel for Defendants The TJX Companies*
*and Argento SC by Sicura, Inc.*
Amster Rothstein & Ebenstein LLP
90 Park Avenue
New York, New York 10016

**So Ordered,**

_____
Hon. Jesse M. Furman